ISLAND DEVELOPMENT COMPANY et al., respondents,

*v.*

ATLANTIC-BRIGANTINE HOTEL AND PIER COMPANY, appellant.

[Decided February 3d, 1930.]

*Messrs. Bourgeois & Coulomb,* for the respondents.

*Messrs. Repetto & Godfrey,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *104 N. J. Eq. 270.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.